**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com

Kenneth R. Adamo, Esq. (Pro Hac Vice Forthcoming)
Law Office of KRAdamo
360 W. Illinois, Apt. 620
Chicago, IL. 60653
Telephone: (312) 527-0620
kradamo23@gmail.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| POWER PROBE GROUP, INC. and POWER PROBE TEK, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>INNOVA ELECTRONICS CORPORATION,<br><br>Defendant. | Case Number:<br>2:21-cv-00332-GMN-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and 6-2, and LR II 7-1, Defendant Innova Electronics Corporation, by and through its attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach Coffing, and Plaintiffs Power Probe Group, Inc. and Power Probe Tek, LLC, by and through their attorney of record, James D. Boyle, Esq. and Joanna M. Myers, Esq. of Holley Driggs, hereby stipulate and agree that the deadline for Defendant to file their response to Plaintiff's Complaint (ECF No. 1) should be extended from March 22, 2020 until April 19, 2021.

The extension is requested because the Defendant requires additional time to perform a complete investigation prior to filing a responsive pleading. This is the Parties' first stipulation for an extension of time for Defendant to respond to the Complaint.

MAC:16451-001 4307730_2 3/19/2021 10:57 AM

This stipulation is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED this 19th day of March, 2021.

| MARQUIS AURBACH COFFING | HOLLEY DRIGGS |
|---|---|
| By: *s/Craig R. Anderson* <br> Craig R. Anderson, Esq. <br> Nevada Bar No. 6882 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorney for Defendant | By: *s/James D. Boyle* <br> James D. Boyle, Esq. <br> Nevada Bar No. 8384 <br> Joanna M. Myers, Esq. <br> Nevada Bar No. 12048 <br> 400 South Fourth Street, Third Floor <br> Las Vegas, Nevada 89101 <br> Attorney for Plaintiffs |

## ORDER

IT IS SO ORDERED that the above Stipulation is hereby GRANTED. Defendant shall have until April 19, 2021, to file their response to Plaintiffs' Complaint.

UNITED STATES MAGISTRATE JUDGE

DATED: March 22, 2021

MAC:16451-001 4307730_2 3/19/2021 11:00 AM