**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jmoser@maclaw.com

**Law Office of KR Adamo**
Kenneth R. Adamo (*Pro Hac Vice*)
360 W. Illinois. Apt 620
Chicago, IL 60654
Telephone: (312)527-0620
Email: Kradamo23@gmail.com
kenneth@kradamo.com

*Attorneys for Defendant*
*Innova Electronics Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| POWER PROBE GROUP, INC. and, POWER PROBE TEK, LLC,<br><br>          Plaintiff/Counter-Defendants,<br><br>   vs.<br><br>INNOVA ELECTRONICS CORPORATION,<br><br>          Defendant/Counterclaimant.<br><br>AND ALL RELATED CLAIMS. | Case No. 2:21-cv-00332-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES AND REPLY PAGE LIMIT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-3(b), Plaintiffs Power Probe Group, Inc. and Power Probe TeK, LLC (together, "Plaintiffs"), by and through their attorneys of record, the law firms of Holley Driggs and Shumaker, Loop & Kendrick, LLP, and Defendant Innova Electronics Corporation ("Defendant"), by and through its attorneys of record, the law firms of Marquis

MAC:16451-001 Stipulation and Order 6/11/2021 1:51 PM

Aurbach Coffing and Law Office of KR Adamo, hereby stipulate and agree as follows, in what is the first stipulation to extend the deadlines affected herein, relating to Plaintiffs' Motion for Preliminary Injunction [ECF No. 36] and related filings [ECF Nos. 37, 38, 39], all filed June 4, 2021:

IT IS HEREBY STIPULATED AND AGREED that, given the complexity of Plaintiffs' Motion for Preliminary Injunction [ECF No. 36] and volume of supporting documents relating thereto [ECF Nos. 37, 38, 39], Defendant's deadline to respond to that motion shall be extended from June 18, 2021, by 14 days, to July 2, 2021.  To wit, the requested extensions are warranted given the multiple prior art references and non-infringement theories, as well as the early identification of multiple experts by Plaintiffs to which Defendant will be forced to respond.

IT IS HEREBY FURTHER STIPULATED AND AGREED that Plaintiffs' deadline to file a Reply shall be reciprocally extended from seven to 21 days following the filing and service of Defendant's anticipated response.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MAC:16451-001 Stipulation and Order 6/11/2021 1:51 PM

IT IS HEREBY FURTHER STIPULATED AND AGREED that the page limit for Plaintiffs' Reply in Support of Motion for Preliminary Injunction shall be extended from 12 to 20 pages.

IT IS SO STIPULATED this 11th day of June, 2021.

| MARQUIS AURBACH COFFING | HOLLEY DRIGGS |
|---|---|
| By: */s/ Jared M. Moser* <br> Craig R. Anderson, Esq. <br> Nevada Bar No. 6882 <br> Jared M. Moser, Esq. <br> Nevada Bar No. 13003 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 | By: */s/ Tom BenGera* <br> James D. Boyle, Esq. <br> Nevada Bar No. 8384 <br> Joanna M. Myers, Esq. <br> Nevada Bar No. 12048 <br> 400 South Fourth Street, Third Floor <br> Las Vegas, Nevada 89101 |
| LAW OFFICE OF KR ADAMO | SHUMAKER, LOOP & KENDRICK, LLP |
| Kenneth R. Adamo (Pro Hac Vice) <br> 360 W. Illinois. Apt 620 <br> Chicago, IL 60654 <br> Telephone: (312)527-0620 <br> Email: Kradamo23@gmail.com <br> kenneth@kradamo.com <br><br> *Attorneys for Defendant* <br> *Innova Electronics Corporation* | Samuel A. Long, Jr. (Pro Hac Vice) <br> Patrick B. Horne (Pro Hac Vice) <br> Lucas D. Garber (Pro Hac Vice) <br> Tom BenGera (Pro Hac Vice) <br> 101 South Tryon Street, Suite 2200 <br> Charlotte, North Carolina 28280-0002 <br><br> *Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

Dated this 11 day of June, 2021.

Gloria M. Navarro, District Judge
United States District Court