| | |
|---|---|
| JAMES D. BOYLE, ESQ.<br>Nevada Bar No. 08384<br>Email: jboyle@nevadafirm.com<br>JOANNA M. MYERS, ESQ.<br>Nevada Bar No. 12048<br>Email: jmeyers@nevadafirm.com<br>KENDALL LOVELL<br>Nevada Bar No. 15590<br>Email: klovell@nevadafirm.com<br>HOLLEY DRIGGS<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 791-0308<br>Facsimile: (702) 791-1912<br><br>S. Alex Long, Jr. (*Pro Hac Vice*)<br>Patrick B. Horne (*Pro Hac Vice*)<br>Lucas D. Garber (*Pro Hac Vice*)<br>Tom BenGera (*Pro Hac Vice*)<br>SHUMAKER, LOOP & KENDRICK, LLP<br>101 South Tryon Street, Suite 2200<br>Charlotte, North Carolina 28280-0002<br>Telephone: (704) 375-0057<br>Email: along@shumaker.com<br>         phorne@shumaker.com<br>         lgarber@shumaker.com<br>         tbengera@shumaker.com<br><br>*Attorneys for Plaintiff/Counter-Defendant*<br>*Power Probe Group, Inc.* | **Marquis Aurbach Coffing**<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Jared M. Moser, Esq.<br>Nevada Bar No. 13003<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Telephone: (702) 382-0711<br>Facsimile: (702) 382-5816<br>canderson@maclaw.com<br>jmoser@maclaw.com<br><br>**Law Office of KR Adamo**<br>Kenneth R. Adamo, Esq. (*Pro Hac Vice*)<br>360 W. Illinois. Apt 620<br>Chicago, IL 60654<br>Telephone: (312)527-0620<br>kradamo23@gmail.com<br>kenneth@kradamo.com<br><br>**Beem Patent Law Firm**<br>Richard P. Beem, Esq. (*Pro Hac Vice*)<br>Alex Shtraym, Esq. (*Pro Hac Vice*)<br>53 W. Jackson Blvd., Suite 1352<br>Chicago, IL 60604<br>Telephone: (312) 201-0011<br>richard@beemlaw.com<br>ashtraym@beemlaw.com<br><br>*Attorneys for Defendant,*<br>*Innova Electronics Corporation* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| POWER PROBE GROUP, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>INNOVA ELECTRONICS CORPORATION,<br><br>　　　　　　　　Defendant.<br><br>AND ALL RELATED CLAIMS. | Case No.: 2:21-cv-00332-GMN-EJY<br><br>**STIPULATION TO ADMIT INNOVA'S EXHIBITS 2-1 AND 2-2 FROM PRELIMINARY INJUNCTION HEARING** |

Defendant Innova Electronics Corporation and Plaintiff Power Probe Group, Inc., by and through their respective attorneys of record, hereby agree and stipulate that Exhibits 2-1 and 2-2 (Figures 2 and 4, respectively, of the '899 patent), with markings by expert witness Scott Andrews, be admitted into evidence.

| | |
|---|---|
| Dated: September 23, 2021 | Dated: September 23, 2021 |
| HOLLEY DRIGGS | MARQUIS AURBACH COFFING |
| /s/ Tom BenGera<br>JAMES D. BOYLE, ESQ.<br>Nevada Bar No. 08384<br>JOANNA M. MYERS, ESQ.<br>Nevada Bar No. 12048<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101 | By: /s/ Jared Moser<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Jared M. Moser, Esq.<br>Nevada Bar No. 13003<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145 |
| S. Alex Long, Jr. (*Pro Hac Vice*)<br>Patrick B. Horne (*Pro Hac Vice*)<br>Lucas D. Garber (*Pro Hac Vice*)<br>Tom BenGera (*Pro Hac Vice*)<br>SHUMAKER, LOOP & KENDRICK, LLP<br>101 South Tryon Street, Suite 2200<br>Charlotte, North Carolina 28280-0002 | LAW OFFICE OF KR ADAMO<br>Kenneth R. Adamo, Esq. (*Pro Hac Vice*)<br>360 W. Illinois. Apt 620<br>Chicago, IL 60654<br><br>BEEM PATENT LAW FIRM<br>Richard P. Beem, Esq. (*Pro Hac Vice*)<br>Alex Shtraym, Esq. (*Pro Hac Vice*)<br>53 W. Jackson Blvd., Suite 1352<br>Chicago, IL 60604 |
| *Attorneys for Plaintiff Power Probe Group, Inc.* | *Attorneys for Defendant, Innova Electronics Corporation* |

**ORDER**

**IT IS SO ORDERED.**

Dated this  24  day of September, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT