1  JAMES D. BOYLE, ESQ.
   Nevada Bar No. 08384
2  Email: jboyle@nevadafirm.com
   JOANNA M. MYERS, ESQ.
3  Nevada Bar No. 12048
   Email: jmeyers@nevadafirm.com
4  HOLLEY DRIGGS LTD.
5  400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101
6  Telephone: (702) 791-0308

7  Samuel A. Long, Jr. (*Pro Hac Vice*)
   Patrick B. Horne (*Pro Hac Vice*)
8  Lucas D. Garber (*Pro Hac Vice*)
   Tom BenGera (*Pro Hac Vice*)
9  SHUMAKER, LOOP & KENDRICK, LLP
   101 South Tryon Street, Suite 2200
10 Charlotte, North Carolina 28280-0002
   Telephone: (704) 375-0057
11 Email: phorne@shumaker.com
           along@shumaker.com
12         lgarber@shumaker.com
           tbengera@shumaker.com
13
   *Attorneys for Plaintiff/Counter-Defendant*
14 *Power Probe Group, Inc.*

15                     **UNITED STATES DISTRICT COURT**
                            **DISTRICT OF NEVADA**
16

| POWER PROBE GROUP, INC., | Case No: 2:21-cv-00332-GMN-EJY |
|---|---|
| Plaintiff/Counter-Defendant, | **UNOPPOSED MOTION ON BEHALF OF ATTORNEY KENDALL LOVELL, ESQ. TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF / COUNTER-DEFENDANT** |
| vs. | |
| INNOVA ELECTRONICS CORPORATION, | |
| Defendant/Counterclaimant. | |

Pursuant to LR IA 6-1 and 11-6, Plaintiff and Counter-Defendant Power Probe Group, Inc. (Plaintiff) hereby submits this Unopposed Motion on Behalf of Attorney Kendall Lovell, Esq. to Withdraw As Counsel of Record for Plaintiff/Counter-Defendant. Plaintiff requests that Attorney Kendall Lovell, Esq. ("Ms. Lovell") be permitted to withdraw as a designated counsel of record for Plaintiff insofar as Ms. Lovell is no longer associated with the firm of Holley Driggs Ltd. and Ms. Lovell is no longer associated as counsel for Plaintiff in this action.

14437-01/2656841                    - 1 -

This Motion to Withdraw is not sought for the purpose of delay or for any other improper purpose. There is no hearing or trial proceeding which will be adversely impacte by this motion. The undersigned represents that Plaintiff and counsel for Defendant Innova Electronics Corporation, Inc. have been informed of the request on behalf of Ms. Lovell to withdraw as a designated counsel for Plaintiff.

James D. Boyle, Esq. and Joanna M. Myers, Esq. of Holley Driggs Ltd. shall remain as counsel of record for Plaintiff in this action, in association with the above-referenced attorneys of Shumaker, Loop & Kendrick, LLP (all of whom are admitted pro hac vice in this matter).

Accordingly, Plaintiff respectfully request that this Court permit Ms. Lovell to withdraw as a designated counsel for Plaintiff, and that the Clerk remove Ms. Lovell as a designated counsel of record in the Court's database and remove Ms. Lovell as counsel receiving service on behalf of Plaintiff in this action.

DATED this 27th day of October, 2021.

**HOLLEY DRIGGS LTD.**

*/s/ James D. Boyle*
JAMES D. BOYLE, ESQ. (Bar No. 08384)
JOANNA M. MYERS, ESQ. (Bar No. 12048)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

**SHUMAKER, LOOP & KENDRICK, LLP**

Samuel A. Long, Jr. (*Pro Hac Vice*)
Patrick B. Horne (*Pro Hac Vice*)
Lucas D. Garber (*Pro Hac Vice*)
Tom BenGera (*Pro Hac Vice*)
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280-0002

*Attorneys for Plaintiff/Counter-Defendant Power Probe Group, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 28, 2021