# EXHIBIT 7



# United States Patent and Trademark Office
Office of the Commissioner for Patents

## ENERGIZABLE ELECTRICAL TEST DEVICE FOR MEASURING CURRENT AND RESISTANCE OF AN ELECTRICAL CIRCUIT

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 7184899 | 11029595 | 01/05/2005 | 02/27/2007 |

## Payment Window Status

| WINDOW | STATUS | FEES |
|---|---|---|
| 11.5 Year | Closed | Paid |

**No maintenance fees are due.**

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 02/27/2010 | 08/28/2010 | 02/28/2011 | Closed | Paid |
| 7.5 Year | 02/27/2014 | 08/28/2014 | 02/27/2015 | Closed | Paid |
| 11.5 Year | 02/27/2018 | 08/28/2018 | 02/27/2019 | Closed | Paid |

## Patent Holder Information

**Customer #** 19148

**Entity Status** SMALL

**Phone Number** 7043750057

**Address** Shumaker, Loop & Kendrick, LLP
101 South Tryon Street
Suite 2200
Charlotte, NC 28280-0002
UNITED STATES