JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
Email: jboyle@nevadafirm.com
JOANNA M. MYERS, ESQ.
Nevada Bar No. 12048
Email: jmeyers@nevadafirm.com
HOLLEY DRIGGS LTD.
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912

S. Alex Long, Jr. (*Pro Hac Vice*)
Patrick B. Horne (*Pro Hac Vice*)
Lucas D. Garber (*Pro Hac Vice*)
Tom BenGera (*Pro Hac Vice*)
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280-0002
Telephone: (704) 375-0057
Email: along@shumaker.com
       phorne@shumaker.com
       lgarber@shumaker.com
       tbengera@shumaker.com

*Attorneys for Plaintiff/Counter-Defendant
Power Probe Group, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| POWER PROBE GROUP, INC. | CASE NO.: 2:21-cv-00332-GMN-EJY |
| Plaintiff/Counter-Defendant, | **POWER PROBE GROUP, INC.'s UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO INNOVA ELECTRONICS CORPORATION'S MOTION TO DISMISS THE AMENDED COMPLAINT** |
| vs. | |
| INNOVA ELECTRONICS CORPORATION, | |
| Defendant/Counterclaimant. | |
| | **(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and 6-2, Plaintiff and Counter-Defendant Power Probe Group, Inc. ("Power Probe"), by and through its undersigned attorneys of record, hereby submits this Unopposed Motion to Extend Deadline to Respond to Innova Electronics Corporation's Motion to Dismiss the Amended Complaint. This is Power Probe's first request to extend the deadline to file

1  its opposition to Defendant and Counterclaimant Innova Electronics Corporation's ("Innova")
2  Motion to Dismiss Plaintiff's First Amended Complaint Under Rule 12(b)(6) (the "Motion to
3  Dismiss") (ECF No. 147).
4       On December 3, 2021, this Court granted Power Probe leave to file an Amended Complaint
5  (*see* ECF Nos. 137 and 139). Following the issuance of the Federal Circuit Court of Appeals
6  Mandate and the lodging of same with this Court (see ECF Nos. and 142, 143, and 148), Innova
7  filed its Motion to Dismiss on June 2, 2022. (ECF 147). Presently, Power Probe's deadline to
8  respond to the Motion to Dismiss is June 16, 2022, pursuant to LR II 7-2(b). By this motion, Power
9  Probe respectfully requests to extend its deadline to respond to the Motion to Dismiss by and
10 through July 7, 2022, an extension of three weeks.
11      Power Probe requests this extension because it requires additional time to perform a
12 complete investigation prior to filing its opposition. Specifically, Innova's Motion to Dismiss is
13 directed not only to Power Probe's direct infringement allegations, but also to its allegations of
14 willfulness and the doctrine of equivalents, as well as its request for injunctive relief, each of which
15 must be investigated and addressed separately. Given the scope of Innova's Motion to Dismiss,
16 including the over forty cases cited therein, the additional time will assist Power Probe in getting
17 up to speed and in mounting its opposition, particularly since the stay in this case was only recently
18 lifted (*see* ECF No. 148). Power Probe has confirmed with Innova's counsel that Innova does not
19 oppose this requested extension.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

For the foregoing reasons, Power Probe therefore respectfully requests that this Court grant an extension through July 2, 2022 for Power Probe to file its opposition to the Motion to Dismiss.

DATED this 7th day of June, 2022.

**HOLLEY DRIGGS LTD.**

/s/ *James D. Boyle*
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
JOANNA M. MYERS, ESQ.
Nevada Bar No. 12048
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

**SHUMAKER, LOOP & KENDRICK, LLP**

S. Alex Long, Jr. (*Pro Hac Vice*)
Patrick B. Horne (*Pro Hac Vice*)
Lucas D. Garber (*Pro Hac Vice*)
Tom BenGera (*Pro Hac Vice*)
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280-0002

*Attorneys for Power Probe Group, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 8, 2022