**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jmoser@maclaw.com

**Law Office of KR Adamo**
Kenneth R. Adamo, Esq. (*Pro Hac Vice*)
360 W. Illinois. Apt 620
Chicago, IL 60654
Telephone: (312)527-0620
kradamo23@gmail.com
kenneth@kradamo.com

**Beem Patent Law Firm**
Richard P. Beem, Esq. (*Pro Hac Vice*)
Alex Shtraym, Esq. (*Pro Hac Vice*)
53 W. Jackson Blvd., Suite 1352
Chicago, IL 60604
Telephone: (312) 201-0011
richard@beemlaw.com
ashtraym@beemlaw.com

*Attorneys for Defendant,*
*Innova Electronics Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| POWER PROBE GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INNOVA ELECTRONICS CORPORATION, <br><br> Defendant. <br><br> AND ALL RELATED CLAIMS. | Case No.: 2:21-cv-00332-GMN-EJY <br><br> **DEFENDANT INNOVA ELECTRONICS CORPORATION'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF 147]** <br><br> **(FIRST REQUEST)** |

**DEFENDANT INNOVA ELECTRONICS CORPORATION'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF 147]**

Pursuant to LR IA 6-1 and 6-2, Defendant and Counterclaimant Innova Electronics Corporation ("Innova"), by and through its attorneys of record, the law firms of Marquis Aurbach, the Law Office of KR Adamo, and Beem Patent Law Firm, hereby submits this Unopposed Motion to Extend Deadline to File Reply in Support of Motion to Dismiss [ECF 147]. This is Innova's first request to extend the deadline to file its reply in support of its Motion to Dismiss.

Innova filed its Motion to Dismiss [ECF 147] on June 2, 2022. Plaintiff Power Probe Group, Inc. ("Power Probe") filed its response [ECF 160] on July 7, 2022. Presently, Innova's deadline to file its reply is July 14, 2022, pursuant to LR 7-2(b). By this motion, Innova respectfully requests to extend its deadline to file its reply in support of its Motion to Dismiss by two weeks, through July 28, 2022.

Innova requests this extension because it requires additional time to perform a full investigation of the authority and arguments raised by Power Probe in its opposition. Specifically, given the scope of Power Probe response, including the nearly forty legal authorities cited therein, the additional time will assist Innova in providing a complete and comprehensive response. Innova has confirmed with Power Probe's counsel that Power Probe does not oppose this requested extension.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

For the foregoing reasons, Innova therefore respectfully requests that this Court grant an extension through July 28, 2022, for Innova to file its reply in support of Innova's Motion to Dismiss.

Dated this 8th day of July, 2022.

                                          Respectfully submitted,

                                        MARQUIS AURBACH COFFING

                                        By: /s/ Jared M. Moser
                                              Craig R. Anderson, Esq.
                                              Nevada Bar No. 6882
                                              Jared M. Moser, Esq.
                                              Nevada Bar No. 13003
                                              10001 Park Run Drive
                                              Las Vegas, Nevada 89145

                                        LAW OFFICE OF KR ADAMO
                                              Kenneth R. Adamo, Esq. (*Pro Hac Vice*)
                                              360 W. Illinois. Apt 620
                                              Chicago, IL 60654

                                        BEEM PATENT LAW FIRM
                                              Richard P. Beem, Esq. (*Pro Hac Vice)*
                                              Alex Shtraym, Esq. (*Pro Hac Vice*)
                                              53 W. Jackson Blvd., Suite 1352
                                              Chicago, IL 60604

                                          *Attorneys for Defendant,*
                                          *Innova Electronics Corporation*

                                        IT IS SO ORDERED:

                                        UNITED STATES MAGISTRATE JUDGE

                                        DATED: July 11, 2022

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816