JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
jboyle@nevadafirm.com
HOLLEY DRIGGS LTD.
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:     702/791-1912

S. Alex Long, Jr. (*Pro Hac Vice*)
Patrick B. Horne (*Pro Hac Vice*)
Lucas D. Garber (*Pro Hac Vice*)
Tom BenGera (*Pro Hac Vice*)
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280-0002
Telephone: (704) 375-0057
Email: along@shumaker.com
         phorne@shumaker.com
         lgarber@shumaker.com
         tbengera@shumaker.com

*Attorneys for Plaintiff/Counter-Defendant
Power Probe Group, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| POWER PROBE GROUP, INC., | CASE NO.:  2:21-cv-00332-GMN-EJY |
|---|---|
| Plaintiff/Counter-Defendant, | **UNOPPOSED MOTION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE DEFENDANT'S AMENDED AFFIRMATIVE DEFENSES** |
| v. | |
| INNOVA ELECTRONICS CORPORATION, | |
| Defendant/Counterclaimant. | **(Second Request)** |

Pursuant to LR IA 6-1, Plaintiff and Counter-Defendant Power Probe Group, Inc. ("Power Probe"), by and through its respective counsel, hereby moves to extend the deadline for Power Probe to file and serve its Reply In Support of its Motion to Strike Innova's Amended Affirmative Defenses (the underlying motion lodged as ECF No. 193), currently due on or before June 22, 2023, by one week, to June 29, 2023. Power Probe filed its initial motion on June 1, 2023, and Defendant and Counterclaimant Innova Electronics Corporation ("Innova") filed its response brief on June 15,2023 (lodged as ECF No. 195).

1. This is the second request to extend the briefing (first request to extend the reply brief). This motion is made in good faith to accommodate the schedules of the parties and their counsel, which conflict with the current due date for Power Point's reply brief, and is not requested for any improper purpose or delay. The Court has not set a hearing date on Power Point's underlying motion. Power Probe contacted Innova's counsel, who does not oppose this motion.

Power Point therefore respectfully requests that this Court grant a one-week extension for Power Point to file its reply brief, making the due date June 29, 2023.

DATED this 19th day of June, 2023.

**HOLLEY DRIGGS LTD.**

/s/ *James D. Boyle*
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

SHUMAKER, LOOP & KENDRICK, LLP

S. Alex Long, Jr. (*Pro Hac Vice*)
Patrick B. Horne (*Pro Hac Vice*)
Lucas D. Garber (*Pro Hac Vice*)
Tom BenGera (*Pro Hac Vice*)
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280-0002

*Attorneys for Plaintiff/Counter-Defendant Power Probe Group, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE

DATED: June 21, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Nevada by using the Court's CM/ECF system on the 19th day of June, 2023.

> Craig R. Anderson, Esq.
> Jared M. Moser, Esq.
> MARQUIS AURBACH COFFING
> 10001 Park Run Drive
> Las Vegas, Nevada 89145
>
> Kenneth R. Adamo *(Pro Hac Vice)*
> Law Office of KR Adamo
> 360 West Illinois, Apt. 620
> Chicago, IL 60654
>
> Richard P. Beem, Esq. (*Pro Hac Vice*)
> Alex Shtraym, Esq. (*Pro Hac Vice*)
> 155 North Wacker Drive, Suite 3000
> Chicago, Illinois 60606-1787
>
> *Attorneys for Defendant/Counterclaimant*
> *Innova Electronics Corporation*

*/s/ James D. Boyle*
An employee of HOLLEY DRIGGS