JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
Email: jboyle@nevadafirm.com
HOLLEY DRIGGS LTD.
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:  (702) 791-0308
Facsimile:  (702) 791-1912

Samuel A. Long, Jr. (*Pro Hac Vice*)
Patrick B. Horne (*Pro Hac Vice*)
Lucas D. Garber (*Pro Hac Vice*)
Tom BenGera (*Pro Hac Vice*)
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280-0002
Telephone: (704) 375-0057
Email: phorne@shumaker.com
       along@shumaker.com
       lgarber@shumaker.com
       tbengera@shumaker.com

*Attorneys for Plaintiffs/Counter-Defendant Power Probe Group, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| POWER PROBE GROUP, INC., | Case No: 2:21-cv-00332-GMN-EJY |
|---|---|
| Plaintiff/Counter-Defendant, | |
| vs. | **JOINT REQUEST FOR PERMISSION FOR OUT-OF-STATE COUNSEL TO APPEAR BY VIDEOCONFERENCE AT DISCOVERY HEARING SCHEDULED FOR APRIL 8, 2024** |
| INNOVA ELECTRONICS CORPORATION, | |
| Defendant/Counterclaimant. | |

Pursuant to LR IA 6-2 and in association with this Court's Minute Order dated March 28, 2024 [ECF No. 232], Plaintiff / Counter-Defendant Power Probe Group, Inc. ("Power Probe") and Defendant / Counterclaimant Innova Electronics Corporation ("Innova") hereby respectfully and jointly request that this Court permit the Parties' out-of-state counsel to appear via remote videoconference for the discovery hearing scheduled for Monday, April 8, 2024. Specifically, the Parties request that counsel be permitted to appear via Zoom link, or similar videoconferencing technologies, to argue the matters set forth in the Minute Order.

1    Generally, the allowance for and means for argument on any matter lies with the Court's
2 discretion (*see* LR II 78-1). The Parties certainly appreciate the Court's willingness to hold a
3 hearing regarding the discovery issues and questions identified in the Minute Order. However, as
4 this Court has previously permitted the Parties' out-of-state counsel to appear for its hearings via
5 Zoom (*see, e.g.*, Minute Order of January 11, 2024 [ECF No. 226]), Power Probe and Innova
6 respectfully suggest that a remote videoconference appearance by out-of-state counsel for the
7 hearing scheduled on April 8, 2024, is an efficient means for addressing the Court's questions and
8 issues in light of the cross-country travel and logistics required of the Parties' out-of-state counsel
9 to make an in-person appearance for this recently-scheduled hearing.
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

For the foregoing reasons, Power Probe and Innova request that out-of-state counsel be permitted to appear via Zoom link, or similar videoconferencing technologies, to argue the matters set forth in the Minute Order.

DATED this the 2nd day of April, 2024.

| | |
|---|---|
| HOLLEY DRIGGS LTD.<br><br>By: */s/ James D. Boyle*<br>JAMES D. BOYLE, ESQ.<br>Nevada Bar No. 08384<br>Email: jboyle@nevadafirm.com<br>300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101<br>Telephone: (702) 791-0308<br>Facsimile: (702) 791-1912<br><br>SHUMAKER, LOOP & KENDRICK, LLP<br>Samuel A. Long, Jr. (*Pro Hac Vice*)<br>Patrick B. Horne (*Pro Hac Vice*)<br>Lucas D. Garber (*Pro Hac Vice*)<br>Tom BenGera (*Pro Hac Vice*)<br>101 South Tryon Street, Suite 2200<br>Charlotte, North Carolina 28280-0002<br>Telephone: (704) 375-0057<br>Email: phorne@shumaker.com<br>along@shumaker.com<br>lgarber@shumaker.com<br>tbengera@shumaker.com<br><br>*Attorneys for Plaintiffs/Counter-Defendant Power Probe Group, Inc* | MARQUIS AURBACH CHTD.<br><br>By: */s/ Jared M. Moser*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Jared M. Moser, Esq.<br>Nevada Bar No. 13003<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br><br>LAW OFFICE OF KR ADAMO<br>Kenneth R. Adamo, Esq. (Pro Hac Vice)<br>360 W. Illinois. Apt 620<br>Chicago, IL 60654<br><br>LATHROP GPM LLP<br>Richard P. Beem, Esq. (Pro Hac Vice)<br>Alex Shtraym, Esq. (Pro Hac Vice)<br>155 North Wacker Drive, Suite 3000<br>Chicago, IL 60606-1787<br><br>*Attorneys for Defendant/ Counterclaimant Innova Electronics Corporation* |

IT IS SO ORDERED.

IT IS FURTHER ORDERED that out of state counsel must contact Elvia Garcia, Courtroom Deputy for the undersigned Magistrate Judge, by **12:00 p.m. on April 4, 2024**, at **Elvia_Garcia@nvd.uscourts.gov**, and provide the email addresses of their respective participants. The courtroom deputy will email out of state counsel with the zoom link.

_____
United States Magistrate Judge

Dated: April 2, 2024