JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
Email: jboyle@nevadafirm.com
HOLLEY DRIGGS LTD.
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912

Samuel A. Long, Jr. (*Pro Hac Vice*)
Patrick B. Horne (*Pro Hac Vice*)
Lucas D. Garber (*Pro Hac Vice*)
Tom BenGera (*Pro Hac Vice*)
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280-0002
Telephone: (704) 375-0057
Email: phorne@shumaker.com
　　　　along@shumaker.com
　　　　lgarber@shumaker.com
　　　　tbengera@shumaker.com

*Attorneys for Plaintiffs/Counter-Defendant Power Probe Group, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| POWER PROBE GROUP, INC., <br><br> Plaintiff/Counter-Defendant, <br> v. <br> INNOVA ELECTRONICS CORPORATION, <br><br> Defendant/Counterclaimant. | Case No: 2:21-cv-00332-GMN-EJY <br><br> **POWER PROBE GROUP, INC.'S REQUEST TO APPROVE REMOTE APPEARANCE BY NEVADA LOCAL COUNSEL AT DISCOVERY HEARING SCHEDULED FOR AUGUST 30, 2024** |

In association with this Court's Minute Order dated August 9, 2024 [ECF No. 245], Plaintiff and Counter-Defendant Power Probe Group, Inc. ("Power Probe") hereby respectfully requests that this Court permit Power Probe's Nevada local counsel to appear via remote videoconference for the discovery hearing addressed in the Minute Order. Specifically, Power Probe requests that attorney James D. Boyle, Esq. be permitted to appear via Zoom link, or similar videoconferencing technologies, as this Court has permitted out-of-state counsel to do. *See id.*

Generally, the allowance for and means for argument on any matter lies with the Court's discretion (*see* LR II 78-1). Power Probe certainly appreciates the Court's willingness to hold a

hearing regarding the discovery issues and questions identified in the Minute Order. On behalf of Power Probe, the substantive issues that the Court has requested the parties to address will be argued by Samuel A. Long, Jr. and Tom BenGera. Power Probe respectfully suggests that a remote videoconference appearance by its Nevada local counsel for the hearing scheduled on August 30, 2024, will not interfere with this Court's efficiencies in addressing the Court's questions and issues.

Power Probe has confirmed with counsel for Defendant and Counterclaimant Innova Electronics Corporation that they do not object to the request set forth herein.

For the foregoing reasons, Power Probe respectfully requests that James D. Boyle, Esq. be permitted to appear via Zoom link, or similar videoconferencing technologies, for the discovery hearing scheduled for August 30, 2024.

DATED this the 26th day of August, 2024.

HOLLEY DRIGGS LTD.

By: /s/ James D. Boyle
JAMES D. BOYLE, ESQ. (NBN 0834)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

SHUMAKER, LOOP & KENDRICK, LLP

Samuel A. Long, Jr. (*Pro Hac Vice*)
Patrick B. Horne (*Pro Hac Vice*)
Lucas D. Garber (*Pro Hac Vice*)
Tom BenGera (*Pro Hac Vice*)
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280-0002

*Attorneys for Plaintiffs/Counter-Defendant Power Probe Group, Inc*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED that counsel for Plaintiff must contact Elvia Garcia, Courtroom Deputy for the undersigned Magistrate Judge, by 12:00 p.m. on August 28, 2024, at Elvia_Garcia@nvd.uscourts.gov, and provide his email address.**

_____
**U.S. Magistrate Judge**

Date: August 27, 2024