**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jmoser@maclaw.com

**Law Office of KR Adamo**
Kenneth R. Adamo, Esq. (*Pro Hac Vice*)
360 W. Illinois. Apt 620
Chicago, IL 60654
Telephone: (312) 527-0620
kradamo23@gmail.com
kenneth@kradamo.com

*Attorneys for Defendant,*
*Innova Electronics Corporation*

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| POWER PROBE GROUP, INC., | Case No.: 2:21-cv-00332-GMN-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE: EXPIRATION OF PATENT-IN-SUIT AND DISSOLUTION OF PRELIMINARY INJUNCTION [ECF NO. 204]** |
| INNOVA ELECTRONICS CORPORATION, | |
| Defendant. | |
| AND ALL RELATED CLAIMS. | |

Pursuant to 35 U.S.C. § 154, Plaintiff Power Probe Group, Inc. ("Plaintiff") and Defendant Innova Electronics Corporation ("Innova," and with Plaintiff, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

/ / /

MAC: 16451-001 (#5769888.3)

WHEREAS, this action was brought by Plaintiff, which alleges, *inter alia*, infringement by Innova of United States Patent No. 7,184,899 (the "'899 Patent" or "Patent-in-Suit");

WHEREAS, the Court entered a preliminary injunction (the "Preliminary Injunction") on October 25, 2023 [ECF No. 204] (the "P.I. Order"), enjoining Innova "pending a final determination on the merits, from promoting, marketing, advertising, selling, and offering, for sale the Innova PowerCheck #5420 (the 'Accused Device')";

WHEREAS, on March 13, 2025, the United States Court of Appeals for the Federal Circuit, in Case No. 24-1166, issued a decision affirming the P.I. Order;

WHEREAS, the '899 Patent is set to expire on April 26, 2025;

WHEREAS, the award of a patent "gives the inventor the right to exclude others from making, using, or selling the invention until the patent expires … " *Minerva Surgical, Inc. v. Hologic, Inc.*, 594 U.S. 559, 563 (2021) (citing 35 U.S.C. § 154);

NOW, THEREFORE, based on the foregoing facts, and by application of the foregoing authority, the Parties hereby acknowledge and agree that Plaintiff's right to exclude others from practicing the '899 Patent will and does expire on April 26, 2025; and,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 16451-001 (#5769888.3)

the Parties further acknowledge and agree that upon expiration of the Patent-in-Suit, there remains no legal or factual basis for the P.I. Order against Defendant to continue in effect, such that the P.I. Order should be dissolved upon expiration of the '899 Patent, to wit April 26, 2025.

IT IS SO STIPULATED this <u>21st</u> day of April, 2025.

MARQUIS AURBACH                           KEARNEY PUZEY DAMONTE, LTD.


By:  __*/s/ Jared M. Moser*__                By:  __*/s/ James D. Boyle*__
    Craig R. Anderson, Esq.                     James D. Boyle, Esq.
    Nevada Bar No. 6882                         Nevada Bar No. 8384
    Jared M. Moser, Esq.                        300 South Fourth Street, Suite 1010
    Nevada Bar No. 13003                        Las Vegas, Nevada 89101
    10001 Park Run Drive
    Las Vegas, Nevada 89145                 SHUMAKER, LOOP & KENDRICK, LLP
        S. Alex Long, Jr., Esq. (*Pro Hac Vice*)
LAW OFFICE OF KR ADAMO                         Patrick B. Horne, Esq. (*Pro Hac Vice*)
    Kenneth R. Adamo, Esq. (*Pro Hac Vice*)      Lucas D. Garber, Esq. (*Pro Hac Vice*)
    360 W. Illinois. Apt 620                    Tom BenGera, Esq. (*Pro Hac Vice*)
    Chicago, IL 60654                           101 South Tryon Street, Suite 2200
        Charlotte, North Carolina 28280-0002
*Attorneys for Defendant*

    *Attorneys for Plaintiff*


## ORDER

It is SO ORDERED, that the Preliminary Injunction entered by this Court pursuant to the P.I. Order [ECF No. 204] entered October 25, 2023 shall be dissolved, with such dissolution to take effect on April 27, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED: __April 22, 2025_____

MAC: 16451-001 (#5769888.3)

*Left margin vertical text:* MARQUIS AURBACH — 10001 Park Run Drive — Las Vegas, Nevada 89145 — (702) 382-0711 FAX: (702) 382-5816

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER RE: EXPIRATION OF PATENT-IN-SUIT AND DISSOLUTION OF PRELIMINARY INJUNCTION [ECF NO. 204]** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 21st day of April, 2025.

☒    I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

KERNEY PUZEY DAMONTE LTD.
James D. Boyle, Esq. (Bar No. 08384)
300 South Fourth Street, Suite 1010
Las Vegas, Nevada 89101
Telephone: (702) 760-0177
Email: jboyle@nvlawfirm.com


SHUMAKER, LOOP & KENDRICK, LLP
S. Alex Long, Jr., Esq. (Pro Hac Vice)
Patrick B. Horne, Esq. (Pro Hac Vice)
Lucas D. Garber, Esq. (Pro Hac Vice)
Tom BenGera, Esq. (Pro Hac Vice)
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280-0002
Telephone: (704) 375-0057
Email(s): along@shumaker.com
            phorne@shumaker.com
            lgarber@shumaker.com
            tbengera@shumaker.com

*Attorneys for Plaintiff Power Probe Group, Inc.*


*/s/ Jessica Madsen*
An employee of Marquis Aurbach

MAC: 16451-001 (#5769888.3)