**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jared M. Moser, Esq.
Nevada Bar No. 13003
Kaden P. Killpack, Esq.
Nevada Bar No. 16560
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jmoser@maclaw.com

**Law Office of KR Adamo**
Kenneth R. Adamo, Esq. (*Pro Hac Vice*)
360 W. Illinois. Apt 620
Chicago, IL 60654
Telephone: (312) 527-0620
kradamo23@gmail.com
kenneth@kradamo.com

**Lathrop GPM LLP**
Alex Shtraym, Esq. (*Pro Hac Vice*)
3131 McKinney Avenue, Suite 100
Dallas, TX 75204
Telephone: (469) 983-6028
alex.shtraym@lathropgpm.com

*Attorneys for Defendant,*
*Innova Electronics Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| POWER PROBE GROUP, INC.,<br><br>                    Plaintiff,<br><br>    vs.<br><br>INNOVA ELECTRONICS CORPORATION,<br><br>                    Defendant.<br>_____<br>AND ALL RELATED CLAIMS. | Case No.: 2:21-cv-00332-GMN-EJY<br><br>**STIPULATION AND ORDER TO MAINTAIN CASE ASSIGNMENT TO MAGISTRATE JUDGE ELAYNA J. YOUCHAH FOLLOWING SETTLEMENT CONFERENCE** |

Defendant Innova Electronics Corporation and Plaintiff Power Probe Group, Inc. (collectively, the "Parties"), by and through their undersigned counsel of record, hereby agree to maintain the case assignment to Magistrate Judge Elayna J. Youchah following Her

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Page 1 of 2

Honor's involvement in the Parties' unsuccessful settlement conference held March 23, 2026. *See* ECF No. 310.

IT IS SO STIPULATED this 25th day of March, 2026.

MARQUIS AURBACH CHTD.

By:    */s/ Jared M. Moser*
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Jared M. Moser, Esq.
    Nevada Bar No. 13003
    Kaden P. Killpack, Esq.
    Nevada Bar No. 16560
    10001 Park Run Drive
    Las Vegas, Nevada 89145

LAW OFFICE OF KR ADAMO
    Kenneth R. Adamo, Esq. (Pro Hac Vice)
    360 W. Illinois. Apt 620
    Chicago, IL 60654

LATHROP GPM LLP
    Alex Shtraym, Esq. (Pro Hac Vice)
    3131 McKinney Avenue, Suite 100
    Dallas, TX 75204

    *Attorneys for Defendant*
    *Innova Electronics Corporation*

HOWARD & HOWARD ATTORNEYS PLLC

By:    */s/ James D. Boyle*
    James D. Boyle, Esq.
    Nevada Bar No. 08384
    3800 Howard Hughes Pkwy., Ste. 1000
    Las Vegas, Nevada 89169

SHUMAKER, LOOP & KENDRICK, LLP
    S. Alex Long, Jr., Esq. (Pro Hac Vice)
    Patrick B. Horne, Esq. (Pro Hac Vice)
    Lucas D. Garber, Esq. (Pro Hac Vice)
    Tom BenGera, Esq. (Pro Hac Vice)
    101 South Tryon Street, Suite 2200
    Charlotte, North Carolina 28280-0002

    *Attorneys for Plaintiff*
    *Power Probe Group, Inc.*

## ORDER

IT IS SO ORDERED that the above Stipulation is hereby GRANTED.

UNITED STATES MAGISTRATE JUDGE

DATED:    March 25, 2026

MAC: 16451-001 (#6313785.1) 3/25/2026 7:55 AM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816