**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jared M. Moser, Esq.
Nevada Bar No. 13003
Kaden P. Killpack, Esq.
Nevada Bar No. 16560
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jmoser@maclaw.com
kkillpack@maclaw.com

**Lathrop GPM LLP**
Alex Shtraym, Esq. (*Pro Hac Vice*)
3131 McKinney Avenue, Suite 100
Dallas, TX 75204
Telephone: (469) 983-6028
alex.shtraym@lathropgpm.com

*Attorneys for Defendant,*
*Innova Electronics Corporation*

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| POWER PROBE GROUP, INC.,<br>Plaintiff,<br>vs.<br>INNOVA ELECTRONICS CORPORATION,<br>Defendant. | Case No.: 2:21-cv-00332-GMN-EJY |
| AND ALL RELATED CLAIMS. | **STIPULATION AND ORDER TO EXTEND DEADLINES**<br>**(THIRD REQUEST)** |

Defendant Innova Electronics Corporation ("Innova") and Plaintiff Power Probe Group, Inc. ("Power Probe") (collectively the "Parties"), by and through their undersigned counsel of record, hereby submit the following Stipulation to Extend Deadlines, in accordance with LR 26-3 and LR IA 6-1. This is the third request for an extension to the Second Amended Discovery Plan and Scheduling Order ("DPSO") [ECF No. 297].

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Counsel submits that the request is brought in good faith, supported by good cause in compliance with LR 26-3, and is not intended to cause delay.

**A. DISCOVERY COMPLETED TO DATE (LR 26-3(a))**

1. Power Probe served and the Innova responded to interrogatories, requests for admissions, and requests for production of documents;

2. Innova served and the Power Probe responded to interrogatories, requests for admissions, and requests for production of documents;

3. Power Probe has taken the depositions of witnesses and 30(b)(6) designees of Innova;

4. Innova has taken the depositions of third-party witnesses, as well as witnesses and 30(b)(6) designees of Power Probe;

5. Power Probe has conducted third-party discovery via subpoenas *duces tecum*;

6. The Parties have served Initial Expert disclosures and corresponding reports;

7. The Parties have served Rebuttal Expert disclosures and corresponding reports; and;

8. Each party has deposed the other party's respective damages experts.

**B. DISCOVERY THAT REMAINS TO BE COMPLETED (LR 26-3(b))**

1. In granting Innova's Motion to Amend Invalidity Contentions, the Court provided Power Probe's expert Dr Paredis an opportunity to submit a supplementation to his rebuttal invalidity expert report. *See* ECF No. 331 (discussing scope of supplementation).

2. Depositions of the remaining three disclosed technical experts are expected to be taken shortly thereafter.[1]

[1] Power Probe notes that it will subpoena and seek to depose two of Innova's previous experts, Mr. Scott Andrews and Dr. Leland Spangler, both of whom provided expert testimony as part of the preliminary injunction proceedings but who did not submit expert reports during expert discovery and, as Innova submits, are not expected to testify at trial. The Parties are working in good faith to resolve the issue of whether those depositions are proper; to the extent the Parties cannot reach an agreement, the Parties will submit a joint statement seeking the Court's guidance.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**C. REASONS WHY DEADLINE WAS NOT SATISFIED/GOOD CAUSE FOR REQUEST (LR 26-3(c))**

In view of the Court's recent order permitting Dr. Paredis to supplement his invalidity expert report, this extension is necessary for the deposition of the Parties' respective technical experts, and to account for all counsel's availability in the coming months, including in light of the December holidays.

Counsel for each of the Parties continues to coordinate schedules and other commitments to facilitate the various depositions in which they expect to participate. However, due to ongoing schedule conflicts among the Parties as well as the schedules of the expert witnesses, as well as the need for the forthcoming supplementation to Dr. Paredis's rebuttal expert report, good cause exists to extend the discovery cutoff and dispositive motion deadline. An extension will allow the parties sufficient time to accommodate these depositions and finalize expert discovery.

**D. PROPOSED DISCOVERY SCHEDULE (LR 26-3(d))**

The current dates and requested extended dates are set out in the table below:

| Item Due | Current Deadline | Proposed Deadline |
|---|---|---|
| Supplement to Rebuttal Invalidity Expert Report | | **November 20, 2026** |
| Expert Discovery Cut-Off | November 13, 2026 | **February 10, 2027** |
| Dispositive Motion Deadline | December 14, 2026 | **March 12, 2027** |

/ / /

/ / /

/ / /

This is the third request for any such exception to the discovery cutoff date in this action. No other deadlines will be affected by these requested extensions. The Parties submit this Stipulation and Order in good faith and not for purposes of delay or to prejudice any Party.

IT IS SO STIPULATED this 13th day of November, 2026.

MARQUIS AURBACH

By: ***/s/ Jared M. Moser***
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jared M. Moser, Esq.
Nevada Bar No. 13003
Kaden P. Killpack, Esq.
Nevada Bar No. 16560
10001 Park Run Drive
Las Vegas, Nevada 89145

LATHROP GPM LLP
Alex Shtraym, Esq. (Pro Hac Vice)
3131 McKinney Avenue, Suite 100
Dallas, TX 75204

*Attorneys for Defendant/Counterclaimant, Innova Electronics Corporation*

SHUMAKER, LOOP & KENDRICK, LLP

By: ***/s/ Tom BenGera***
S. Alex Long, Jr., Esq. (*Pro Hac Vice*)
Patrick B. Horne, Esq. (*Pro Hac Vice*)
Lucas D. Garber, Esq. (*Pro Hac Vice*)
Tom BenGera, Esq. (*Pro Hac Vice*)
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280-0002

HOWARD & HOWARD
James D. Boyle, Esq.
Nevada Bar No. 08384
3800 Howard Hughes Pkwy., Ste 1000
Las Vegas, Nevada 89169

*Attorneys for Plaintiffs/Counter-Defendant Power Probe Group, Inc.*

**ORDER**

IT IS SO ORDERED that the above Stipulation is hereby GRANTED.

UNITED STATES MAGISTRATE JUDGE

DATED: November 14, 2026

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816