**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| POWER PROBE GROUP, INC.,<br><br>Plaintiff(s),<br><br>vs.<br><br>INNOVA ELECTRONICS CORPORATION,<br><br>Defendant(s). | Case #2:21-cv-00332-GMN-EJY<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

Marshall Adkins (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

Shumaker, Loop & Kendrick, LLP (firm name)

with offices at 101 South Tryon Street, Suite 2200 (street address),

Charlotte (city), North Carolina (state), 28280 (zip code),

704-375-0057 (area code + telephone number), madkins@shumaker.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Plaintiff Power Probe Group, Inc. [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since October 2, 2025 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of North Carolina (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of North Carolina | 10-02-2025 | 63756 |
| Western District of North Carolina | 11-07-2025 | 63756 |
| Middle District of North Carolina | 11-18-2025 | 63756 |
| Eastern District of North Carolina | 12-02-2025 | 63756 |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

(State "none" if Petitioner has no disciplinary proceedings, etc.)

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

NONE

(State "none" if Petitioner has never been denied admission.)

7. That Petitioner is a member of good standing in the following Bar Associations.

North Carolina Bar Association

(State "none" if Petitioner is not a member of other Bar Associations.)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF North Carolina )
)
COUNTY OF Mecklenburg )

Marshall Adkins, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

11 day of November, 2026.

Notary Public or Clerk of Court

ADRIANNA MACRI
My Comm. Expires
NOTARY PUBLIC
September 07, 2031
MECKLENBURG COUNTY, NC

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate James D. Boyle (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

3800 Howard Hughes Pkwy., Suite 1000,
(street address)

Las Vegas (city), Nevada (state), 89169 (zip code),

(702) 667-4867 (area code + telephone number), jboyle@howardandhoward.com (Email address).

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) James D. Boyle, Esq. (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

______________________________
(party's signature)

Jose Maria Garcia Riera, CEO of Power Probe Group, Inc.
(type or print party name, title)

______________________________
(party's signature)

______________________________
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

______________________________
Designated Resident Nevada Counsel's signature

08384 — Bar number
jboyle@howardandhoward.com — Email address

APPROVED:

**DATED** this 17 day of November, 2026.

______________________________
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

# Supreme Court of North Carolina

I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, hereby certify that on September 4, 2025, a license to practice as an Attorney and Counselor at Law in the several Courts of this State was issued by the North Carolina Board of Law Examiners to

## Marshall Joseph Adkins

according to the certified list of licentiates reported by the Board and filed in my office.

As of the date of this certificate, no order revoking the license has been filed with this Court and no order suspending the license is in effect.

WITNESS my hand and the seal of the Supreme Court of North Carolina, October 6, 2026.

Grant E. Buckner
Clerk of the Supreme Court

★★★